92–1818. State v. Stark. *Fulton County*, No. 91FU000022. Reported at 65 Ohio St.3d 1466, 602 N.E.2d 1174. On motion for rehearing. Rehearing denied.

PFEIFER, J., dissents.

RESNICK and F.E. SWEENEY, JJ., not participating.

92–1829. Toms v. Ohio Unemp. Comp. Bd. of Review. *Clark County*, No. 2871. Reported at 65 Ohio St.3d 1477, 604 N.E.2d 169. On motion for rehearing. Rehearing denied.

F.E. SWEENEY, J., not participating.

92–1941. August v. Lightning Rod Mut. Ins. Co. *Lucas County*, No. L–92–025. Reported at 65 Ohio St.3d 1478, 604 N.E.2d 169. On motion for rehearing. The motion fails on the following vote:

MOYER, C.J., A.W. SWEENEY and WRIGHT, JJ., would deny.

DOUGLAS, RESNICK and PFEIFER, JJ., would grant.

F.E. SWEENEY, J., not participating.

92–1987. Leber v. Smith. *Erie County*, No. E–87–43. Reported at 65 Ohio St.3d 1475, 604 N.E.2d 167, and 65 Ohio St.3d 1484, 604 N.E.2d 760. On second motion for rehearing. The motion is denied on the following vote:

MOYER, C.J., and WRIGHT, J., would deny.

A.W. SWEENEY, DOUGLAS and PFEIFER, JJ., would grant.

RESNICK and F.E. SWEENEY, JJ., not participating.

92–1995. Bartholomy v. Maeda. *Mahoning County*, No. 91 C.A. 171. Reported at 65 Ohio St.3d 1478, 604 N.E.2d 169. On motion for rehearing. Rehearing denied.

F.E. SWEENEY, J., not participating.

*Thursday, February 11, 1993*

## MOTION DOCKET

91–374. State v. Rojas. *Hamilton County*, No. C–880332. This court received notification from the Supreme Court of the United States that said court on January 11, 1993, entered an order in No. 91–374, *Martin Rojas v. Ohio*, which stated:

"On consideration of the petition for a writ of certiorari herein to the Supreme Court of Ohio, IT IS ORDERED by this Court that said petition be, and the same is hereby, denied."

Upon consideration that the stay of execution of sentence granted by this court on September 22, 1992, was conditioned upon final disposition of said petition to the Supreme Court of the United States, and it appearing to this court that the Supreme Court of the United States has rendered such final disposition of said petition,

IT IS ORDERED that said stay is hereby terminated as of the date of this entry.

IT IS HEREBY ORDERED by this court that said sentence be carried into execution by the Warden of the Southern Ohio Correctional Facility or, in his absence, by the Deputy Warden, on Wednesday, the 12th day of May, 1993, in accordance with the statutes so provided.

IT IS FURTHER ORDERED that a certified copy of this entry and a warrant under the seal of this court be duly certified to the Warden of the Southern Ohio Correctional Facility and that said Warden shall make due return thereof to the Clerk of the Court of Common Pleas of Hamilton County.

## MISCELLANEOUS DISMISSALS

92–589. State ex rel. Pahlau v. Massillon. *Stark County*, No. CA–8886. Cause dismissed, on appellant's application to dismiss, effective February 8, 1993.

92–1768. Crabtree v. Van Hooser. *Ross County*, No. 1703. Cause dismissed, on appellant's application for dismissal, effective February 9, 1993.